IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY MARION DIXON,

    Petitioner,                    No. CIV S-06-0410 DFL GGH P

    vs.

MICHAEL S. EVANS,

    Respondent.                 ORDER

_____/

        Petitioner's counsel seeks an apparently unopposed 30-day extension of time to file a joint scheduling statement, pursuant to the court's order, filed on May 3, 2007. Counsel has filed neither a proposed order in .pdf format in the court's electronic filing system, nor has he emailed a proposed order in wordprocessing format, pursuant to E. D. Local Rule 5-137(b). The court will not consider a request that is not in compliance with the local rules.

        IT IS SO ORDERED.

DATED: 6/11/07

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
dixo0410.lcr