**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar Number 065211
428 J Street, Suite 350
Sacramento, CA  95814
Telephone: (916) 443-0217

Attorney for Petitioner
Bobby Dixon

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY MARION DIXON,<br><br>Petitioner<br><br>v.<br><br>MICHAEL S. EVANS, Warden<br><br>Respondents. | No. CIV. S-06-410 DFL GGH P<br><br>AMENDED<br>STATUS CONFERENCE REPORT;<br>REQUEST FOR LATE FILING;<br>REQUEST FOR EXTENSION OF TIME<br>TO FILE (PROPOSED) ORDER |

On June 5, 2007 undersigned misfiled a request for an extension of time to file the previously ordered status report. Counsel failed to include a proposed order with the filing and failed to provide a copy of the order in Word format to the Court. The error, for reasons unknown to the undersigned, was not discovered until today's date and was mine alone. Herewith is a corrected filing, including a proposed order.

By earlier order this Court requested a status report be filed on June 4, 2007 addressing various matters. This report

was filed (misfiled) one day late due to the fact that on June 4, 2007, the day counsel had planned to draft this report he was appointed to represent one of the defendants in a very complicated matter involving, *inter alia*, conspiracy to violate the neutrality act. Arraignment and related issues took the entire afternoon to sort out. Undersigned counsel regrets any inconvenience to the Court and Respondent my oversight may have caused.

The forgoing having been said, undersigned counsel was only recently appointed in this matter and, although I have read the pleadings which have heretofore been filed, including the petition and related orders, I have had insufficient time to obtain the record and transcripts in this matter, which number in the thousands of pages, and so am unable to meaningfully address this Court's request.

Accordingly, for the reasons stated, an additional 30 day extension of time within which to familiarize myself with this case and to file a status report is requested.

I have discussed this request with respondent's counsel and he voiced no objection.

DATED June 27, 2007                    Respectfully submitted,


/S/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Petitioner

**IT IS SO ORDERED**

Dated:   June 29, 2007

**GREGORY G. HOLLOWS**

Hon. Gregory, G. Hollows
United States Magistrate Judge