1

2

**MICHAEL B. BIGELOW**

3

**Attorney at Law**

4

State Bar Number 065211

5

428 J Street, Suite 350

6

Sacramento, CA  95814

7

Telephone: (916) 443-0217

8

9

Attorney for Petitioner

10

Bobby Dixon

11

12              IN THE UNITED STATES DISTRICT COURT FOR THE
                      EASTERN DISTRICT OF CALIFORNIA

13

14
BOBBY MARION DIXON,                 )    No. CIV. S-06-410 DFL GGH P
15                                  )
                                    )
16            Petitioner            )
                                    )
17          v.                      )    REQUEST FOR EXTENSION OF TIME
                                    )    TO FILE STATUS CONFERENCE REPORT
18                                  )    ORDER
MICHAEL S. EVANS, Warden            )
19                                  )
                                    )
20            Respondents.          )
_____)

21

        By earlier order this Court requested a status report be

22

filed addressing various matters. Simply stated, the length of

23

the underlying case and the fact that undersigned counsel has not

24

yet obtained the complete record, and thus obtain an

25

understanding of the issues presented, I am not yet able to

provide any meaningful answers to this Court's questions.

1

--

Accordingly, I am requesting an additional fourteen days within which to respond. This is counsel's second request for an extension of time to file a status report, and I regret the need to so. I have been diligent, but because of the numerous other matters demanding immediate attention, i.e., the Hmong case and pending hearings, I have been unable to adequately prepare for this case and provide a meaningful response.

Accordingly, for the reasons stated, an additional 14 day extension of time, up to and including July 19, 2007 within which to familiarize myself with this case and to file a status report is requested.

DATED July 6, 2007                    Respectfully submitted,


                                      /S/MICHAEL B. BIGELOW
                                      Michael B. Bigelow
                                      Attorney for Petitioner


**IT IS SO ORDERED**


Dated:7/12/07               /s/ Gregory G. Hollows
                            _____
                            Hon. Gregory, G. Hollows
                            United States Magistrate Judge

dixo0410.po