**MICHAEL B. BIGELOW**

**Attorney at Law**

State Bar Number 065211

428 J Street, Suite 350

Sacramento, CA  95814

Telephone: (916) 443-0217

Attorney for Petitioner

Bobby Dixon

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY MARION DIXON, | ) | No. CIV. S-06-410 DFL GGH P |
| | ) | |
| Petitioner | ) | REQUEST TO FILE STATUS REPORT |
| | ) | LATE; ORDER |
| v. | ) | |
| | ) | |
| MICHAEL S. EVANS, Warden | ) | |
| | ) | |
| Respondents. | ) | |

By earlier order this Court requested a status report be filed on July 19, 2007 addressing various matters. This report, filed separately on August 21, 2007, is, for the reasons stated herein late. Undersigned counsel respectively requests that said report be filed on August 21, 2007 and regrets any inconvenience late filing has caused.

dixo0410.po2

--

On June 4, 2007 I was appointed to represent Seng Vue, a defendant in what is known here as the Hmong/Laotion case. There the government has charged my client and eleven others, *inter alia,* with conspiring to overthrow the Laotion government. Because of the nature of the case, the extended family situation, my client's age, his health and the fact he lives, with his family in Fresno California, I have spent an enormous amount of time preparing for a his detention hearing, attending family meetings and strategy sessions with other lawyers. In addition, appellant's opening brief in Jones v McGrath was filed on July 30, 2007. I have also been working on the opening brief in United States v Witbeck, the AOB for which was filed on August 8, 2007. Jones v McGrath is a complicated matter which has taken most, if not all of my time since the major issues (for now) in the Seng Vue matter resolved with my client's release from custody and the preparation of documents supporting his conditions of release. In addition, I am the attorney of record in the matter of the People v Kellie Henderson, a two defendant, special circumstances homicide case scheduled to begin trial on today's date.  In that matter, which had once been mistried, was able finally to work out and finalize a resolution for my client the second week of August.

Accordingly, the status conference report in the above captioned matter got a little sidetracked, much to counsel's regret and chagrin.

For all of the above reasons it is the undersigned's request that this request for late filing be granted and that petitioner's status conference report be filed on August 21, 2007.

On August 21, 2007 I called respondent's counsel to explain my request and left a message for him on his answering machine.

Appellant is presently in custody of the California Department of Corrections serving his term.

Dated: August 21, 2007

                    Respectfully Submitted,


                    /S/MICHAEL B. BIGELOW
                    Michael B. Bigelow
                    Attorney For Petitioner


**ORDER**

**IT IS ORDERED:** That Petitioner's status report be filed on August 21, 2007.

DATED: 8/22/07                /s/ Gregory G. Hollows
                                  _____
                                  Hon. Gregory G. Hollows
                                  Magistrate Judge

dixo0410.po2

--