IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY MARION DIXON,

    Petitioner,        No. CIV S-06-0410 DFL GGH P

  vs.

MICHAEL S. EVANS, Warden,

    Respondent.        <u>ORDER</u>

_____/

        This court directed the parties to file a joint scheduling statement in this matter by order filed on May 3, 2007. Subsequently, extensions of time have been granted for the filing of the joint statement, but petitioner's counsel has now filed a status report only on petitioner's behalf. Nevertheless, the court has reviewed the report and now makes the following orders:

        1. As petitioner anticipates filing an amended petition stating only exhausted claims, as well as a supporting memorandum of points and authorities, the filing is due on or before October 21, 2007. Respondent must file an answer or dispositive motion within 45 days thereafter; petitioner must file any reply or opposition, as appropriate, within 30 days of service of respondent's responsive pleading; if respondent filed a motion, respondent will have 30 days after service of an opposition to file a reply.

\\\\\

2. Although petitioner does not now anticipate seeking discovery, should he ultimately chose to do so, he must file a motion for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a), within 60 days; if respondent opposes any such motion, respondent must do so within 30 days thereafter; petitioner's reply, if any, must be filed within 15 days of any opposition by respondent.

3. Petitioner does not anticipate moving for an evidentiary hearing, but should he ultimately elect to do so, the motion must be filed at the earliest appropriate opportunity; should petitioner file a motion for an evidentiary hearing, if respondent opposes any such motion, the opposition must be filed within 30 days of service of the motion, and petitioner must file any reply within 15 days of service of any opposition.

DATED: 8/22/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
dixo0410.pst