**MICHAEL B. BIGELOW**

**Attorney at Law**

State Bar Number 065211

428 J Street, Suite 350

Sacramento, CA  95814

Telephone: (916) 443-0217

Attorney for Petitioner

Bobby Dixon

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY MARION DIXON, | ) | No. CIV. S-06-410 DFL GGH P |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | REQUEST FOR EXTENSION OF TIME |
| | ) | TO FILE SUPPLEMENTAL POINTS AND |
| | ) | AUTHORITIES; |
| | ) | ORDER |
| MICHAEL S. EVANS, Warden | ) | |
| | ) | |
| Respondents. | ) | |

By this Court's previous order petitioner's supplemental points and authorities are due on November 21, 2007. For the reasons stated herein, petitioner is a second extension of time of thirty days, up to and including December 21, 2007 within which to file.

dixo0410.eot2

Undersigned counsel has been diligent, but simply has not been able to review adequately even the relevant portions of the trial transcripts (which number in excess of 6,000) and related documents in order to present appropriate arguments.

In addition, in the past thirty days undersigned counsel has been required to travel to Minnesota in order to visit witness in the matter of the United States v Seng Vue. Undersigned has also filed a writ of certiorari in the matter of the Santos v Maddock and is working on a reply to the government's motion to dismiss in Martin v Runnels, a very complicated case involving the procedural bar of *in re Clark.*   Accordingly, I am requesting an additional thirty days up to and including December 21, 2007 within which to file.

On today's date I called and spoke to respondent's counsel, Justin Riley, who graciously agreed that I might take as much time as needed.

DATED November 19, 2007                    Respectfully submitted,

                                           /S/MICHAEL B. BIGELOW
                                           Michael B. Bigelow
                                           Attorney for Petitioner

**IT IS SO ORDERED**
Dated: 11/26/07                            /s/ Gregory G. Hollows
                                           United States Magistrate Judge

dixo0410.eot2