**MICHAEL B. BIGELOW**

**Attorney at Law**

State Bar Number 065211

428 J Street, Suite 350

Sacramento, CA  95814

Telephone: (916) 443-0217

Attorney for Petitioner

Bobby Dixon

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY MARION DIXON, | ) | No. CIV. S-06-410 DFL GGH P |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | REQUEST FOR EXTENSION OF TIME |
| | ) | TO FILE SUPPLEMENTAL POINTS AND |
| | ) | AUTHORITIES |
| | ) | ORDER |
| MICHAEL S. EVANS, Warden | ) | |
| | ) | |
| Respondents. | ) | |

By this Court's previous order petitioner's supplemental points and authorities are due on December 21, 2007. For the reasons stated herein, petitioner [seeks] a third extension of time of thirty days, up to and including January 21, 2008 within which to file.

1

--

Undersigned counsel has been diligent, but simply has not been able to review adequately even the relevant portions of the trial transcripts (which number in excess of 6,000) and related documents in order to present appropriate arguments.

In addition, in the past thirty days undersigned counsel has undertaken extensive review and analysis in the matter of Latchinson v Felker, determining finally the need to return to state court to exhaust claims. In addition, in that same matter I have prepared and filed a state writ of habeas corpus for that purpose. I have also received the government opposition to my motion for an evidentiary hearing in the matter of Diaz v Adams and I am in the process of preparing a reply. In the matter of Jones v Edwards I have prepared and filed a reply brief in the Ninth Circuit. I have also filed a request for stay and abeyance in the matter of Thornton v Butler on a claim of factual innocence. The factual basis for the claim, and the law supporting it, are complicated affairs. Petition[er]'s motion was granted and I have been given a short deadline within which to prepare and file the state petition. In addition, I had oral argument in the matter of Johnson v Carey last week. Time was need to prepare for that argument and to present petitioner's case to the Ninth Circuit. Finally, I continue to work on petitioner's opposition brief in Martin v Runnels, a very

1
2  complicated case involving the procedural bar of in re Clark.
3  Accordingly, I am requesting an additional thirty days up to and
4  including January 21, 2007 within which to file.
5      On today's date I called respondent's counsel, Justin Riley,
6  advising him of my request and left a message on his machine.
7
8  DATED December 21, 2007              Respectfully submitted,
9
10
                                        /S/MICHAEL B. BIGELOW
11                                      Michael B. Bigelow
                                        Attorney for Petitioner
12
13 **IT IS SO ORDERED [nunc pro tunc].**
14
15
   Dated: 01/04/08                      /s/ Gregory G. Hollows
16                                      United States Magistrate Judge
17
   dixo0410.eot3
18
19
20
21
22
23
24
25

3

--