IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY MARION DIXON,

    Petitioner,               No. CIV S-06-0410 DFL GGH P

    vs.

MICHAEL S. EVANS,

    Respondent.             <u>ORDER</u>

_____/

        Respondent's counsel seeks the status of this case, apparently unable to access the court's orders in the electronic docketing system. In an order filed on 8/23/07 (#33), the undersigned directed an answer or dispositive motion within 45 days of petitioner's filing. After numerous extensions of time, petitioner filed supplemental points and authorities on 1/22/08 (# 40), respondent's responsive pleading was therefore due within 45 days thereafter. The court is at a loss to understand why respondent's counsel is having difficulties accessing the docket. In light of the expiration of time, the undersigned will grant respondent 30 more days from the date of this order to file a response. Thereafter, petitioner will have 30 days to file an opposition or reply/traverse as appropriate. If respondent files a motion, respondent will have 15 days to file any reply to an opposition.

        IT IS SO ORDERED.

DATED: 08/14/08                              /s/ Gregory G. Hollows

                                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
dixo0410.rsp