IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BOBBY MARION DIXON,

    Petitioner,               No. CIV S-06-0410 JAM GGH P

   vs.

MICHAEL S. EVANS,

    Respondent.            <u>ORDER</u>

        On September 12, 2008, respondent filed an answer, averring that claim 1 was unexhausted but conceding state court exhaustion as to the remaining claims, claims 2 through 4. On October 20, 2008, this court granted petitioner's counsel an extension of time to file a traverse. Instead, on November 14, 2008, petitioner, having reviewed the answer, sought leave to amend the petition to set forth exhausted claims only, and thereafter, on November 18, 2008, submitted a first amended petition, setting forth three claims, having eliminated the original claim 1, which respondent had identified as unexhausted.

        The court will grant petitioner's request to proceed on a first amended petition setting forth only exhausted claims. The answer previously filed will be construed as the answer to the first amended petition. Petitioner will be granted thirty days to file a traverse.

\\\\\

\\\\\

Accordingly, IT IS ORDERED:

1. Petitioner's November 14, 2008 (# 49) request to proceed upon a first amended petition, setting forth exhausted claims only, is granted;

2. This matter now proceeds upon the first amended petition, filed on November 18, 2008 (# 50);

3. Respondent's previously submitted answer (# 45) serves as the answer to the first amended petition;

4. Petitioner's traverse, if any, is due within thirty days of the filing date of this order.

DATED: November 24, 2008        /s/ Gregory G. Hollows

                                                          UNITED STATES MAGISTRATE JUDGE

GGH:009
dixo0410.ord